■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SPRUILL, Appellant. [649 NYS2d 11] —Judgment,

Supreme Court, New York County (Alvin Schlesinger, J.), rendered October 4, 1993, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

Defendant's motion to suppress identification evidence was properly denied. Even if the brief "canvass" was viewed as police-initiated (*People v Dixon*, 85 NY2d 218), we find, based on the fully developed hearing record (CPL 470.15 [1]; *People v Neely*, 219 AD2d 444), that the complainant's identification of defendant was not the product of police suggestiveness. The officer's testimony at the *Wade* hearing established that the complainant led the officers in the direction of defendant's flight, and, without any prompting from the officers, pointed defendant out a half block from the crime scene within minutes after the robbery (*see, People v Burgos*, 219 AD2d 504, *lv denied* 86 NY2d 872; *People v Neely, supra*). There being no testimony elicited at trial that would support a contrary finding on the issue of suggestiveness, a further *Wade* hearing is not warranted. Concur—Rosenberger, J. P., Kupferman, Nardelli, Tom and Mazzarelli, JJ.